RECEIVED
IN LAKE CHARLES, LA
MAR 24 2006
PAM
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
~~LAFAYETTE-OPELOUSAS DIVISION~~
LAKE CHARLES

| | |
|---|---|
| ANTHONY BABINEAUX, Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 05-1406 ) |
| JO ANNE B. BARNHART, Commissioner of the Social Security Administration, Defendant. | ) JUDGE MINALDI ) MAGISTRATE JUDGE WILSON ) ) ) |

## JUDGMENT

After consideration of Defendant's Unopposed Motion to Reverse and Remand with Incorporated Memorandum, the Court finds that the Motion is well-taken and should be granted. Therefore, the Court reverses the decision of the Commissioner and,

**ORDERS** that the above-captioned matter be remanded under the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for the purpose of conducting further proceedings. The case will be remanded to an Administrative Law Judge (ALJ) for further development and a new decision. Specifically, the ALJ will give consideration to Dr. Friedberg's report of Plaintiff's psychological evaluation, evaluate Plaintiff's mental impairment under Listing 12.05, evaluate Plaintiff's residual functional capacity, and, if necessary, obtain supplemental vocational expert testimony.

SIGNED this 23 day of March, 2006 in ~~Lafayette~~ Lake Charles, Louisiana.

~~UNITED STATES MAGISTRATE JUDGE~~
DISTRICT JUDGE