RECEIVED
IN LAKE CHARLES, LA

AUG 2 2 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| ANTHONY BABINEAUX | : | DOCKET NO. 05-1406 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL<br>SECURITY | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that plaintiff's motion for attorney's fees [doc. # 12] is hereby GRANTED, and that fees are awarded in favor of plaintiff in the amount of $ 1,662.50.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___21___ day of ___Aug___, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE